AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Lance Parks

Plaintiff(s),

V.

Carolyn Colvin

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:14-cv-04193-NJV

Notice is hereby given that, subject to approval by the court, __Lance Parks__ substitutes
(Party (s) Name)

__Angelica M. Millan__, State Bar No. __217716__ as counsel of record in
(Name of New Attorney)

place of __Paul Kim and William Kennedy__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Legal Services of Northern California

Address: 421 N. Oak Street, Ukiah, CA 95842

Telephone: (707) 513-1023    Facsimile (707) 462-9483

E-Mail (Optional): amillan@lsnc.net

I consent to the above substitution.
Date: 12/17/2014
(Signature of Party (s))

I consent to being substituted.
Date: 12/18/2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/17/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/22/15
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]